| MADISON COUNTY CIRCUIT COURT | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number C-21-196 DIV-II |
|---|---|---|

**PATRICIA A. CHAMBLISS, et al v. FELIPE MARTINEZ, IV, et al**

Served On: **ENTERPRISE FM TRUST**
Please serve the Trustee with service of process: BNY MELLON TRUST OF DELAWARE, 301 Bellevue Parkway, 3rd Floor, Wilmington, DE, 19809

You are hereby summoned to defend a civil action filed against you in **CIRCUIT** Court, **MADISON** County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _August 10, 2021_                                    _Lilli Guffi_
                                                              Clerk / Deputy Clerk

Attorney for Plaintiff: Glenn K. Vines, Jr., BPR #19637 - Nahon Saharovich & Trotz, PLC
488 South Mendenhall, Memphis, TN, 38117 - (901) 462-3338

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____                    _____
                                          Clerk / Deputy Clerk

**OFFICER'S RETURN**: Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____        By: _____
                                  Please Print: Officer, Title

_____                _____
Agency Address                  Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____                    _____
                                          Notary Public / Deputy Clerk (Comm. Expires _____)

_____                          _____
Signature of Plaintiff                    Plaintiff's Attorney (or Person Authorized to Serve Process)
                                          **(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.*

*Rev. 03/11*

## CIRCUIT COURT OF MADISON COUNTY, STATE OF TENNESSEE

PATRICIA A. CHAMBLISS, ET AL,

    Plaintiff(s),

vs.

FELIPE MARTINEZ, IV, ET AL,

    Defendant(s).

Case No.: C-21-196 DIV. II

**AFFIDAVIT OF SERVICE**



Received by **DM PROFESSIONAL SERVICES** on **10/01/2021** at **12:40 PM** to be served upon:

**ENTERPRISE FM TRUST**

STATE OF DELAWARE
COUNTIES OF NEW CASTLE, KENT AND SUSSEX    ss.

I, ROBERT DELACY, JR., depose and say that:

On **10/01/2021** at **2:38 PM**, I **SERVED** the within **SUMMONS & COMPLAINT; NOTICE OF SERVICE OF WRITTEN DISCOVERY** on **ENTERPRISE FM TRUST** at **C/O ELIZABETH LUK BNY MELON WEALTH MANAGEMENT 4005 KENNET PIKE**, Wilmington, **DE 19807** in the following manner:

**CORPORATE SERVICE:** By delivering to and leaving same with **LELAND SYLVER , AUTHORIZED TO ACCEPT SERVICE** So served and authorized to accept service.

Description of person process was left with:

Sex: **Male** - Skin: **Black** - Hair: **Black** - Approx. Age: **45** - Height: **6'** - Weight: **280**

Comments: MR LELAND STATED ELIZABETH LUK WAS THERE BUT WOULDN'T GET.

I declare under penalty of perjury that the information contained herein is true and correct and that this affidavit was executed on this ____3____ day of ____Oct____, 20__21__.

Signed and sworn to before me on
this __3__ day of __Oct__, 20 __21__.

_____
Notary Public

X_____
ROBERT DELACY, JR.
Special Process Server
DM PROFESSIONAL SERVICES
501 SILVERSIDE RD
WILMINGTON, DE 19809
302-792-0558

Law Firm: NAHON SAHAROVICH & TROTZ, PLC
Atty File#: - Our File#: 379669





*379669*