00477.20938/MGD-VMC

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

PATRICIA A. CHAMBLISS and
THOMAS F. CHAMBLISS,

    Plaintiffs,

vs.                                                        Docket No. 21-cv-01136-STA-jay

FELIPE MARTINEZ, IV;
LUEBE-JONES, INC.;
AVADEK, INC.;
AVADEK, INC. d/b/a LUEBE-JONES, INC.;
PERFECTION ARCHITECTURAL SYSTEMS, LLC; and
ENTERPRISE FM TRUST,

    Defendants.

## NOTICE OF APPEARANCE

COMES NOW, the undersigned, Vickie Moffett Cruzen, of the firm Shuttleworth PLLC, and gives notice of her appearance as an attorney of record for Defendants, Felipe Martinez, IV; Luebe-Jones, Inc.; Avadek, Inc.; Avadek, Inc. d/b/a Luebe-Jones, Inc.; Perfection Architectural Systems, LLC; and Enterprise FM Trust.

                Respectfully submitted,

                SHUTTLEWORTH PLLC

                BY: /s/ Vickie Moffett Cruzen
                     MICHAEL G. DERRICK (#14820)
                     VICKIE MOFFETT CRUZEN (#24609)
                     6077 Primacy Parkway, Suite 200
                     Memphis, Tennessee 38119
                     (901) 526-7399
                     mderrick@swlawpllc.com
                     vmoffettcruzen@swlawpllc.com
                     **Attorneys for Defendants**

## **CERTIFICATE OF SERVICE**

      This certifies that a true and correct copy of the above and foregoing document has been filed with the Clerk of the Court on this the 3rd day of November, 2021, using the e-filing system which sent notification of the filing to all e-filing registered counsel of record via e-mail generated by the Court's e-filing system:

Glenn K. Vines, Jr., Esq.
R. Deniger Cobb, Jr., Esq.
NAHON SAHAROVICH & TROTZ, PLC
488 South Mendenhall
Memphis, Tennessee  38117
gvines@nstlaw.com
dcobb@nstlaw.com
**Attorneys for Plaintiffs**

      /s/ Vickie Moffett Cruzen
      MICHAEL G. DERRICK (#14820)
      VICKIE MOFFETT CRUZEN (#24609)
      6077 Primacy Parkway, Suite 200
      Memphis, Tennessee 38119
      (901) 526-7399
      mderrick@swlawpllc.com
      vmoffettcruzen@swlawpllc.com
      **Attorneys for Defendants**