00477.20938/MGD-VMC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

PATRICIA A. CHAMBLISS and
THOMAS F. CHAMBLISS,

      Plaintiffs,

vs.                                                              Docket No. 21-cv-01136-STA-jay

FELIPE MARTINEZ, IV;
LUEBE-JONES, INC.;
AVADEK, INC.;
AVADEK, INC. d/b/a LUEBE-JONES, INC.;
PERFECTION ARCHITECTURAL SYSTEMS, LLC; and
ENTERPRISE FM TRUST,

      Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ENTERPRISE FM TRUST ONLY

COME NOW the Plaintiffs, Patricia A. Chambliss and Thomas F. Chambliss, by and through counsel, and with the consent of all parties, as evidenced by the signature of counsel hereinbelow, all parties hereby stipulate that the Defendant, Enterprise FM Trust, may be dismissed without prejudice as a party Defendant in the above matter.

Respectfully submitted this 17th day of February, 2022.

| | |
|---|---|
| SHUTTLEWORTH PLLC | NAHON SAHAROVICH & TROTZ, PLC |
| BY: /s/ Vickie Moffett Cruzen | BY: /s/ R. Deniger Cobb, Jr., Esq. |
| MICHAEL G. DERRICK (#14820) | Glenn K. Vines, Jr., Esq. |
| VICKIE MOFFETT CRUZEN (#24609) | R. Deniger Cobb, Jr., Esq. |
| 6077 Primacy Parkway, Suite 200 | 488 South Mendenhall |
| Memphis, Tennessee 38119 | Memphis, Tennessee  38117 |
| (901) 526-7399 | gvines@nstlaw.com |
| mderrick@swlawpllc.com | dcobb@nstlaw.com |
| vmoffettcruzen@swlawpllc.com | **Attorneys for Plaintiffs** |
| **Attorneys for Defendants** | |