00477.20938/MGD-VMC

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

PATRICIA A. CHAMBLISS and
THOMAS F. CHAMBLISS,

    Plaintiffs,

vs.                                          Docket No. 21-cv-01136-STA-jay

FELIPE MARTINEZ, IV;
LUEBE-JONES, INC.;
AVADEK, INC.;
AVADEK, INC. d/b/a LUEBE-JONES, INC.;
PERFECTION ARCHITECTURAL SYSTEMS, LLC; and
ENTERPRISE FM TRUST,

    Defendants.

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and/or their respective counsel that the above styled matter is voluntarily dismissed, with prejudice, in its entirety, including but not limited to, all claims against the Defendants, Felipe Martinez, IV; Luebe-Jones, Inc.; Avadek, Inc.; Avadek, Inc. d/b/a Luebe-Jones, Inc.; Perfection Architectural Systems, LLC; and Enterprise FM Trust, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties agree that the costs of Court are to be taxed to the Defendants, for which let execution issue. Each party will pay its own discretionary costs.

RESPECTFULLY SUBMITTED this the 2nd day of May, 2022.

*s/ R. Deniger Cobb, Jr.*
GLENN K. VINES, JR. (#19637)
R. DENIGER COBB, JR.(#35084)
NAHON SAHAROVICH & TROTZ, PLC
488 South Mendenhall
Memphis, Tennessee  38117
(901) 683-7000
gvines@nstlaw.com
dcobb@nstlaw.com
**Attorneys for Plaintiffs**

*s/ Vickie Moffett Cruzen*
MICHAEL G. DERRICK (#14820)
VICKIE MOFFETT CRUZEN (#24609)
SHUTTLEWORTH PLLC
6077 Primacy Parkway, Suite 200
Memphis, Tennessee 38119
(901) 526-7399
mderrick@swlawpllc.com
vmoffettcruzen@swlawpllc.com
**Attorneys for Defendants**

2