UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| PATRICIA A. CHAMBLISS, ET AL., | JUDGMENT IN A CIVIL CASE |
|     Plaintiffs, | |
| vs. | |
| FELIPE MARTINEZ, ET AL., | CASE NO: 21-1136-STA-jay |
|     Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the JOINT STIPULATION of Dismissal *with PREJUDICE* entered on May 2, 2022, this cause is hereby DISMISSED with prejudice.


APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 5/3/2022                    THOMAS M. GOULD
                                 Clerk of Court


                                    s/Maurice B. BRYSON

                                 (By)  Deputy Clerk